### 18628. NIX *v.* THE STATE.

BROYLES, C. J. The defendant's conviction of manufacturing intoxicating liquor was not authorized by the evidence, and the refusal to grant a new trial was error.

*Judgment reversed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED MARCH 7, 1928.

*D. W. Mitchell,* for plaintiff in error, cited: *Ga. App. Rep.:*
25/242; 2/534 (2) ; 27/596; 28/347; 31/784; 32/18.

*John C. Mitchell, solicitor-general,* contra, cited: *Ga. App. Rep.:*
25/493; 27/195; 28/262; 32/74; 35/592.